UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MOON LEE,

    Plaintiff,

v.                                    Case No: 1:22-cv-340-MW-ZCB

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## MEDIATION REPORT

The parties held a mediation conference on July 22, 2024 at 1:00 p.m., and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:
☒ lead counsel
☒ the parties or a party's surrogate satisfactory to the mediator
☐ any necessary insurance carrier representative
List any unexcused absence or departure from the mediation conference:

N/A

**2. Outcome**

☐ The parties completely settled the case.
☐ The parties partially settled the case. The following issues remain:
☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.
☒ The parties have reached an impasse.

Respectfully submitted,

*s/ James H. Cummings*
Florida Supreme Court Certified Mediator –
Circuit Civil
Dated: July 26, 2024

Copies to:

All counsel of record.