UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MOON LEE,

    Plaintiff,

v.                                            Case No.: 1:22-cv-00340-MW-ZCB

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## STATUS REPORT

Pursuant to the Court's Initial Scheduling Order and the deadline notification issued on October 15, 2024, Defendant submits the following status report:

Since the parties' last status report (ECF No. 44), Plaintiff's counsel took the depositions of the following individuals:

- 07/11/2024: Joseph Glover
- 07/16/2024: Hub Brown
- 07/19/2024: Spiro Kiousis

Dated this 14th day of November 2024.

                                        Respectfully submitted,

                                        ALEXANDER DEGANCE BARNETT P.A.

                                        By: */s/ Todd A. Wright*
                                        Michelle Bedoya Barnett
                                        Florida Bar No. 0823201

E-mail: michelle.bartnett@adblegal.com
Todd A. Wright
Florida Bar No. 0071246
E-mail: todd.wright@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to George Harth, Esq., P.O. Box 13115, Gainesville, FL 32604 (gharth@harth-law.com).

*/s/ Todd A. Wright*
Attorney

2