IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MOON LEE,**

    *Plaintiff*,

v.   Case No.: 1:22cv340-MW/ZCB

**UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,**

    *Defendant*.

_____/

**ORDER CONTINUING GRANTING
MOTION FOR SUMMARY JUDGMENT**

This Court has reviewed Defendant's motion for summary judgment, ECF No. 52, Plaintiff's response in opposition to the motion, ECF No. 56, and Defendant's reply, ECF No. 57. This Court initially scheduled a telephonic hearing on the summary judgment motion for December 19, 2024, ECF No. 60. Plaintiff moved to delay the telephonic motion hearing, ECF No. 62, and this Court reset the telephonic hearing for January 17, 2025. ECF No. 64, ECF No. 66. This Court held the telephonic hearing on the summary judgment motion on January 17, 2025.

Plaintiff raised a total of eight claims against Defendant. Four arose under state law, and four arose under federal law. For the reasons stated on the record, Defendant's motion for summary judgment, ECF No. 52, is **GRANTED.** The Clerk

is directed to enter judgment stating, "Plaintiff's claims against Defendant are dismissed." The Clerk shall close the file.

**SO ORDERED on January 17, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**