# United States District Court

CIVIL MINUTES - GENERAL

Time: <u>10:39 – 11:45 a.m.; 12:00 – 1:40 p.m.</u>   Case # <u>1:22cv340-MW-ZCB</u>

Date: <u>January 17, 2025</u>

---

MOON LEE v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES

---

DOCKET ENTRY: TELEPHONIC MOTION HEARING held. Court hears argument re: [52] Motion for Summary Judgment. Ruling by Court: [52] Motion Summary Judgment granted. Order to follow.

---

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

<u>Victoria Milton McGee</u>              <u>Megan Hague</u>
Deputy Clerk                          Court Reporter

---

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

George Harth, III.

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Todd Wright

Initials of the Clerk: VMM